**FILED**

MAR 12 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THOMAS KEVIN JENKINS, )
)
Plaintiff, )
)
v. ) Civil Action No. 18-0131 (UNA)
)
PRINCE GEORGE'S COUNTY )
POLICE DEPARTMENT, *et al.*, )
)
Defendants. )

### MEMORANDUM OPINION

In recent years, Thomas Kevin Jenkins has filed nine civil actions in this district court.[1] Only one of these cases has survived initial screening, and all of these cases have been closed. Jenkins has submitted a Memorandum along with an application to proceed *in forma pauperis*. Although the Clerk of Court treated Jenkins' latest submission as a new civil action, it is apparent that the Memorandum contains no factual allegations and articulates no legal claim Rather, it is a motion for appointment of counsel to be filed in each of his (closed) cases. The Court will grant Jenkins' application to proceed *in forma pauperis*, deny the motion for appointment of counsel, and dismiss this civil action without prejudice. An Order is issued separately.

/s/
United States District Judge

DATE: 2/28/18

---

[1] *See* Civ. Nos. 17-1615 (UNA), 17-1562 (UNA), 17-1346 (UNA), 17-0077 (UNA), 16-2267 (UNA), 16-2265 (UNA), 16-1334 (UNA), 15-2220 (UNA), 14-1714 (BAH).